# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EMPIRE HOME SERVICES, L.L.C.,

    Plaintiff/Counter-Defendant,

v.                              Case No. 05-CV-72584-DT

EMPIRE IRON WORKS, INC.,

    Defendant/Counter-Plaintiff.

_____/

## ORDER DENYING "MOTION FOR PERMISSION FOR FOREIGN ATTORNEY TO APPEAR PRO HAC VICE"

Pending before the court is a "Motion for Permission for Foreign Attorney to Appear Pro Hac Vice," filed by Douglas A. Rubel of Johanson Berenson LLP, individually, and by David H. Aldrich of Foster, Swift, Collins & Smith, P.C., on February 23, 2006. A response was filed the same day by Defendant Empire Iron Works, Inc. Having reviewed the briefs, the court concludes a hearing is unnecessary. *See* E.D. Mich. LR 7.1(e)(2). The court will deny the motion.

In his motion, Douglas A. Rubel seeks permission to appear *pro hac vice* in this matter. The court will deny his request. First, Mr. Rubel's motion was not accompanied by a brief, as is required under the local rules. *See* E.D. Mich. LR 7.1(c)(1)(A). More importantly, *pro hac vice* admission is not permitted in this district. *See* E.D. Mich. LR 83.20(c)(1). If Mr. Rubel desires to represent Plaintiff in this case, he must comply with

the procedures for admission set forth in Eastern District of Michigan Local Rule 83.20(d).[1]  Accordingly,

Douglas A. Rubel's "Motion for Permission for Foreign Attorney to Appear Pro Hac Vice" [Dkt. # 28] is DENIED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2006, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[1] By inference, the court thinks one of the reasons this District has not permitted *pro hac vice* admission is the concern that *pro hac* attorneys would have little motivation to read or understand the Local Rules. An understanding of the Rules would have avoided the need for the instant motion.