UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPIRE HOME SERVICES, L.L.C.,

    Plaintiff/Counter-Defendant,

v.                               Case No. 05-CV-72584-DT

EMPIRE IRON WORKS, INC.,

    Defendant/Counter-Plaintiff.
_____/

**ORDER GRANTING MOTION FOR SUBSTITUTION OF
COUNSEL, FOR EXTENSION OF SCHEDULING
ORDER AND FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Upon a reading and filing of the Motion for Substitution of Counsel, for Extension of Scheduling Order and for Extension of Time to Respond to Defendant's Motion for Summary Judgment and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that John A. Artz and John S. Artz of Artz & Artz and Douglas A. Rubel and D. S. Berenson of Johanson Berenson LLP are substituted in this case for Plaintiff's current counsel of record.

    **IT IS FURTHER ORDERED** that the discovery, motion and other scheduling dates in this case are all extended for sixty (60) days.

**IT IS FURTHER ORDERED** that an extension of sixty (60) days is granted for Plaintiff to respond to Defendant's Motion for Summary Judgment.

The court will conduct an in-person status conference to further discuss scheduling matters and motion practice on **March 29, 2006 at 3:30.** Principal counsel from each side must attend.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2006, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522